IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bruce James Suttles, #1489812,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>North Carolina, State of,<br><br>　　　　　　　　　　　Defendant. | C/A No. 2:16-cv-3297-TLW<br><br>**ORDER** |

　　　　Plaintiff Bruce James Suttles, proceeding pro se, filed this action seeking to have his name removed from the sex offender registry of North Carolina (and other states). ECF No. 1. The matter now comes before this Court for review of the Report and Recommendation (R&R) filed by Magistrate Judge Baker, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. ECF No. 4. In the R&R, the Magistrate Judge recommends that the Court dismiss the action without prejudice because the complaint does not assert a basis for federal jurisdiction, but instead concerns only a matter of state law. No objections were filed and the time to do so has expired.

　　　　This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to an R&R, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

　　　　The Court carefully reviewed the record in this case and the Magistrate Judge's R&R, and notes that Plaintiff filed no objections. After appropriate consideration, the Magistrate Judge's R&R is hereby ACCEPTED. For the reasons articulated by the Magistrate Judge, the case is DISMISSED.

IT IS SO ORDERED.

                                                                                       *s/Terry L. Wooten*  
                                                                                       Chief United States District Judge

March 28, 2017  
Columbia, South Carolina